UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **J.P. MORGAN SECURITIES LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. 1:21-cv-02094** |
| v. | ) | **Honorable Matthew F. Kennelly** |
| | ) | |
| **SCOTT A. CIMO, JOHN D. GOBLET,** | ) | |
| **JR., JOHN A. SEARER, BRIAN S.** | ) | |
| **BELLOT and RAYMOND P.** | ) | |
| **KERMEND,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT MOTION TO DISSOLVE
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Having considered the Parties' Joint Motion to Dissolve Temporary Restraining Order and Preliminary Injunction, the Court ORDERS as follows:

1. The Temporary Restraining Order [Doc. 11] entered on April 19, 2021, is hereby dissolved;

2. The Stipulated Temporary Injunction [Doc. 25] entered on April 29, 2021, is hereby dissolved;

3. The $75,000 bond posted by JPMorgan Securities LLC in support of the Temporary Restraining Order is hereby released to JPMorgan Securities LLC; and

4. The Court GRANTS the Parties motion to dismiss pursuant to Rule 41 of the Fed. Rules of Civil Procedure. This matter is dismissed with prejudice, with each side to bear his or its own attorneys' fees and costs.

SO ORDERED this 10th day of August, 2021.

_____
Matthew F. Kennelly
United States District Court Judge